# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWN MICHAEL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 24-210** |
| **TIMOTHY SOIGNET, ET AL.** | **SECTION: "I" (5)** |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to FRCP 12(b)(6) for Failure to State a Claim (rec. doc. 21) is **GRANTED**, and Plaintiff's Complaint against Sheriff Timothy Soignet and Warden Rhonda Ledet is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of July, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**